IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE COLEMAN, #132 196, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-236-WKW |
| | ) |
| RICHARD ALLEN, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

On May 1, 2007, the Magistrate Judge filed a Recommendation (Doc. # 4) that the plaintiff's claims be dismissed before service of process for lack of subject matter jurisdiction. Upon an independent and *de novo* review of the file in this case, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED; and

2. Plaintiff's Complaint (Doc. # 1) is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 25th day of May, 2007.

                                          /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE