```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002795
Cashier ID: cstrecke
Transaction Date: 01/03/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER
----------------------------------
PLRA CIVIL FILING FEE
 For: WILLIE EARL COLEMAN
 Case/Party: D-ALM-2-07-CV-000236-001
 Amount:        $20.00
----------------------------------
CHECK
 Remitter: FOUNTAIN CORRECTIONAL CENTER
 Check/Money Order Num: 31736
 Amt Tendered: $20.00
----------------------------------
Total Due:     $20.00
Total Tendered: $20.00
Change Amt:    $0.00
```