```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004944
Cashier ID: khaynes
Transaction Date: 05/02/2008
Payer Name: ATMORE COMMUNITY WORK CENTER
-----------------------------------------
PLRA CIVIL FILING FEE
 For: WILLIE COLEMAN
 Case/Party: D-ALM-2-07-CV-000236-001
 Amount:         $10.00
-----------------------------------------
CHECK
 Check/Money Order Num: 7380
 Amt Tendered:  $10.00
-----------------------------------------
Total Due:       $10.00
Total Tendered:  $10.00
Change Amt:      $0.00
```