```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005867
Cashier ID: khaynes
Transaction Date: 07/21/2008
Payer Name: ATMORE COMMUNITY WORK CENTER
----------------------------------------
PLRA CIVIL FILING FEE
 For: WILLIE COLEMAN
 Case/Party: D-ALM-2-07-CV-000236-001
 Amount:         $18.00
----------------------------------------
CHECK
 Check/Money Order Num: 7561
 Amt Tendered:   $18.00
----------------------------------------
Total Due:       $18.00
Total Tendered:  $18.00
Change Amt:      $0.00
```